IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT BROWN,** | CIV S-07-0741 WBS DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, Warden, et al.,** | |
| Respondents. | |

Respondents have requested an extension of time to file a response to petitioner's application for a writ of habeas corpus. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Respondents' request for a thirty (30) day extension of time to and including July 16, 2007, to file a response to Petitioner's application for writ of habeas corpus, is hereby GRANTED.

DATED: June 15, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/brow0741.111