IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BROWN,

    Petitioner,        No. CIV S-07-0741 WBS DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.        ORDER

_____/

    Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 21, 2007 request for an extension of time is granted; and

    2. Petitioner is granted up to and including August 20, 2007 to file an opposition to respondent's motion to dismiss.

DATED: July 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow0741.111opp