IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BROWN,

    Petitioner,               No. CIV S-07-0741 WBS DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.          ORDER

_____/

       Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's August 20, 2007 request for an extension of time is granted; and

       2. Petitioner is granted up to and including September 20, 2007 to file an opposition.

DATED: August 23, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow0741.111(2)