IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BROWN,

    Petitioner,                     No. CIV S-07-0741 WBS DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 28, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 28, 2007, are adopted in full;

2. Respondent's August 24, 2007 amended motion to dismiss is granted; and

3. This action is dismissed with prejudice because the petition for writ of habeas corpus was filed beyond the one-year statute of limitations and petitioner is not entitled to equitable tolling..

DATED:   December 28, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/brow0741.805