IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BROWN,

    Petitioner,                    No. CIV S-07-0741 WBS DAD P

    vs.

D.K. SISTO, Warden,

    Respondent.                 ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has timely filed a notice of appeal of this court's January 2, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

      Petitioner has made a substantial showing of the denial of a constitutional right in the following issue presented in the instant petition: Whether the petitioner was entitled to equitable tolling in the filing of his federal petition for habeas corpus pursuant to Section 2254.

      Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: January 11, 2008

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/brow0741.830grt

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.