IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BROWN,

    Petitioner,               No. CIV S-07-0741 WBS DAD P

    vs.

D.K. SISTO, Warden, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed a motion to proceed in forma pauperis on appeal. In a previous order, the assigned district judge in this case granted petitioner a certificate of appealability.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that "shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs." Petitioner has not attached the appropriate affidavit to his motion demonstrating his inability to pay or to give security for fees and costs. Accordingly, the court will defer consideration of petitioner's motion until after he has filed an affidavit that complies with Rule 24.

/////

1

Petitioner has also filed a motion to appoint counsel. This request will be denied without prejudice to its renewal in the Ninth Circuit Court of Appeals.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall file an affidavit that complies with Rule 24(a) of the Federal Rules of Appellate Procedure within thirty days of the date of this order; and

2. Petitioner's January 29, 2008 motion to appoint counsel is denied without prejudice to its renewal in the Ninth Circuit Court of Appeals.

DATED: February 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
brow0741.ifp+